IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:23-cr-00886 |
| | ) | |
| | ) | 26 U.S.C. § 5861(d)(1) |
| | ) | 26 U.S.C. § 5841 |
| -versus- | ) | 26 U.S.C. § 5871 |
| | ) | 26 U.S.C. § 5872(a) |
| | ) | 49 U.S.C. § 80303 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **RAYMOND BRANDON MUNN** | ) | **INFORMATION** |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 25, 2020, in the District of South Carolina, the Defendant, **RAYMOND BRANDON MUNN**, knowingly possessed a firearm, that is a firearm silencer, defined as a device for silencing, muffling, or diminishing the report of a portable firearm, which was not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 26, United States Codes, as charged in this Information, the Defendant, **RAYMOND BRANDON MUNN**, shall forfeit to the United States all of the Defendant's right, title, and interest in and to:

    (a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    involved in or used in any knowing violation of 26 U.S.C. § 5841 or 5861, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 26, United States Code, Section 5872, Title 49, United States Code, Section 80303, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Information includes, but is not limited to, the following:

    A.    Firearms:

        (1)    Palmetto State Armory PA-15 multicaliber rifle
Serial Number: LW181294

        (2)    Kimber compact stainless II .45 caliber pistol
Serial Number: kc28582

        (3)    Glock 22 .40 caliber pistol
Serial Number: AXT189

        (4)    Springfield XDS 9mm caliber pistol
Serial Number: S4941993

        (5)    Glock 17 9mm caliber pistol
Serial Number: WBV339

B. <u>Ammunition/Magazines</u>:

    (1)    60 .226 rifle rounds

    (2)    26 .40 caliber rounds

    (3)    20 .45 caliber rounds

    (4)    149 9mm rounds

    (5)    2 rifle magazines

    (6)    2 .40 caliber Glock magazines

    (7)    3 .45 caliber magazines

    (8)    2 9mm Springfield magazines

    (9)    1 9mm Glock magazine

    (10)    5 9mm ETS Group US Magazines

C. <u>Explosive Material/Other Weapon Parts</u>:

    (1)    2 Firearm Silencers

    (2)    SBR Conversion Kit

Pursuant to Title 26, United States Code, Section 5872, Title 49, United States Code, Section 80303, and Title 28, United States Code, Section 2461(c).

    ADAIR F. BOROUGHS
    UNITED STATES ATTORNEY

By: *[signature]*

Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Christopher.Schoen@usdoj.gov